# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Dominguez-Rojas,<br><br>   Movant/Defendant,<br><br>v.<br><br>United States of America,<br><br>   Respondent/Plaintiff. | No. CV-16-02179-PHX-SRB (BSB)<br>CR-06-00381-PHX-SRB<br><br>**ORDER** |

Movant, Jose Dominguez-Rojas, filed a Second Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on January 5, 2017. On February 17, 2017 the United States filed a Motion to Stay Further Proceedings on the Motion to Vacate Sentence pending the Supreme Court's decision in *Lynch v. Dimaya*, No. 15-1498 and the Ninth Circuit's decision *United States v. Begay*, No. 14-10080. On February 27, 2017 Movant filed a Response to the Motion to Stay.

The Magistrate Judge filed her Report and Recommendation on March 17, 2017 recommending that the Motion to Stay be denied and a briefing schedule be set on the Amended § 2255 motion. On March 30, 2017 the United State filed its Objection to the Report and Recommendation. The Court is persuaded that a stay pending the Supreme Court's decision in *Dimaya* is warranted. While Defendant may be entitled to release

from his current sentence if he prevails on the motion he will have his charges reinstated and release from detention is not likely in light of his prior detention as a flight risk. Moreover, the length of the stay will be brief since *Dimaya* will likely be decided no later than June 30, 2017.

**IT IS ORDERED** sustaining the objection to the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 14)

**IT IS FURTHER ORDERED** granting Respondent's Motion to Stay Further Proceedings on the Motion to Vacate Sentence. (Doc. 9)

IT IS FURTHER ORDERED that Respondent file its answer not later than 30 days after the Supreme Court issues its decision in *Dimaya.*

Dated this 25th day of April, 2017.

_____
Susan R. Bolton
United States District Judge